DANIEL G. BOGDEN
United States Attorney

PATRICK A. ROSE
Assistant United States Attorney
Nevada State Bar No. 5109
United States Attorney's Office
333 Las Vegas Blvd. South, Rm. 5000
Las Vegas, Nevada  89101
Tele: (702) 388-6336
Fax: (702) 388-6787
patrick.rose@usdoj.gov
Attorneys for Federal Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| P. JEFFREY BLACK,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY,<br><br>    Defendant. | Case No.: 2:10-cv-02040-JCM-LRL<br><br><br><br>**MOTION FOR EXTENSION OF TIME<br>TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

   Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 6-1 of this Court's Local Rules, Federal Defendant respectfully moves this Court for an order granting a thirty-day extension of time, from January 28, 2011 to February 28, 2011, to file and serve a response to Plaintiff's complaint (#1).

. . .

. . .

. . .

. . .

. . .

In support of this motion, Federal Defendant relies upon the memorandum of points and authorities set forth below.

Dated: January 28, 2011.

                                              Respectfully submitted,

                                              DANIEL G. BOGDEN
                                              United States Attorney

                                                /s/ Patrick A. Rose
                                              PATRICK A. ROSE
                                              Assistant United States Attorney

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1 allow a party to request additional time to perform an act. In this case, the present request for additional time to respond to Plaintiff's Complaint is warranted for the reasons set forth below.

Undersigned defense counsel has not yet received any information or file materials from the Federal Defendant relative to this matter, but has been advised that information is forthcoming. Such information and file materials would be helpful, if not necessary, in responding to the allegations in the Complaint. Additionally, there has been a recent increase in the case duties and burdens on what was already a short-staffed office of civil AUSAs as a result of the departure of an AUSA on December 30, 2010, as well as two previously unfilled positions for civil AUSAs. Among other duties, undersigned defense counsel has had to prepare and file a number of briefs in other matters during the past several weeks, and also has additional briefs to prepare in the next couple weeks. Undersigned defense counsel spent most of today (January 28, 2011) in an Early Neutral Evaluation (settlement conference) in another matter. A thirty-day extension will provide defense counsel with time to receive file materials from the Federal Defendant and prepare a response to the complaint.

1    For these reasons, Federal Defendant respectfully requests that the Court extend its
2 deadline to respond to the complaint from January 28, 2011 to February 28, 2011.  This request
3 is made in good faith and not for purposes of undue delay.
4    Dated: January 28, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

 /s/ Patrick A. Rose
PATRICK A. ROSE
Assistant United States Attorney


**IT IS SO ORDERED.**

_____

**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 2-1-11 _____

**PROOF OF SERVICE**

I, Patrick A. Rose, certify that I caused to be served on the following part(ies), on the date and via the method identified below, a copy of the foregoing **MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**:

<u>U.S. Mail (first class)</u>

P. Jeffrey Black
7582 Las Vegas Blvd. S. #450
Las Vegas, Nevada  89123-1009

Plaintiff

Dated: January 28, 2011.

 /s/ Patrick A. Rose
PATRICK A. ROSE
Assistant United States Attorney