# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| P. JEFFREY BLACK,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>            Defendant. | 2:10-CV-2040 JCM -VCF |

## ORDER

Presently before the court is defendant United States Department of Homeland Security's unopposed motion to vacate *Klingele* order and modify stipulated briefing schedule. (Doc. #27).

On April 14, 2011, the court approved a stipulated briefing schedule for this case. (Doc. #14). Plaintiff filed two motions to extend time during the course of the litigation. (Docs. #17 and #19). However, the stipulated briefing schedule was not amended to reflect these extensions of time. Defendant now moves the court to vacate its previous *Klingele* minute order and modify the briefing schedule. (Doc. #27). Defendant reports that plaintiff does not oppose this motion.

The proposed modified briefing schedule includes the following deadlines:

- January 17, 2012: defendant's opposition to plaintiff's motion for summary judgment and defendant's cross-motion for summary judgment
- February 15, 2012: plaintiff's reply to defendant's opposition and opposition to defendant's cross-motion for summary judgment

**James C. Mahan**
**U.S. District Judge**

- March 19, 2012: defendant's reply to plaintiff's opposition

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant United States Department of Homeland Security's unopposed motion to vacate *Klingele* order and modify stipulated briefing schedule (doc. #27) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the briefing schedule be modified to reflect the above-outlined deadlines.

DATED November 14, 2011.

_____
UNITED STATES DISTRICT JUDGE