1
2
3
4
5                    **UNITED STATES DISTRICT COURT**
6                           **DISTRICT OF NEVADA**
7
8   P. JEFFREY BLACK,                          2:10-CV-2040 JCM -VCF
9            Plaintiff,
10  v.
11  UNITED STATES DEPARTMENT OF
12  HOMELAND SECURITY,
13           Defendant.
14
15                                  **ORDER**

16      Presently before the court is defendant United States Department of Homeland Security's
17  unopposed motion to vacate *Klingele* order and modify stipulated briefing schedule. (Doc. #27).
18      On April 14, 2011, the court approved a stipulated briefing schedule for this case. (Doc.
19  #14). Plaintiff filed two motions to extend time during the course of the litigation. (Docs. #17 and
20  #19). However, the stipulated briefing schedule was not amended to reflect these extensions of time.
21  Defendant now moves the court to vacate its previous *Klingele* minute order and modify the briefing
22  schedule. (Doc. #27). Defendant reports that plaintiff does not oppose this motion.
23      The proposed modified briefing schedule includes the following deadlines:
24      •    January 17, 2012: defendant's opposition to plaintiff's motion for summary judgment
25           and defendant's cross-motion for summary judgment
26      •    February 15, 2012: plaintiff's reply to defendant's opposition and opposition to
27           defendant's cross-motion for summary judgment
28

**James C. Mahan**
**U.S. District Judge**

- March 19, 2012: defendant's reply to plaintiff's opposition

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant United States Department of Homeland Security's unopposed motion to vacate *Klingele* order and modify stipulated briefing schedule (doc. #27) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the briefing schedule be modified to reflect the above-outlined deadlines.

DATED November 14, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**