1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

P. JEFFREY BLACK,

         Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

         Defendant.

2:10-CV-2040 JCM (VCF)

**ORDER**

Presently before the court is plaintiff P. Jeffrey Black's *pro se* motion for leave to file under seal exhibit 18.  (Doc. #26).  Defendant United States Department of Homeland Security has not opposed this motion.

Plaintiff asserts that "[e]xhibit 18 is a copy of an official and confidential [c]omplaint that was filed by the [p]laintiff in 2004."  (Doc. #26).  Plaintiff alleges that this exhibit may contain sensitive security information regarding activities by and information about the Transportation Security Administration and the Federal Air Marshal Service.  (Doc. #26).  Plaintiff further asserts that making this information public "may constitute an unwarranted invasion of privacy."  (Doc. #26).

Plaintiff seeks to file exhibit 18 under seal as an attachment to his previously filed motion for summary judgment.  (Doc. #24).

. . .

James C. Mahan
U.S. District Judge

1        Good cause appearing,

2        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff P. Jeffrey Black's

3  *pro se* motion for leave to file under seal exhibit 18 (doc. #26) be, and the same hereby is,

4  GRANTED.

5        DATED December 7, 2011.

6

7                                **UNITED STATES DISTRICT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -