1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

P. JEFFREY BLACK,

       Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

       Defendant.

2:10-CV-2040 JCM (VCF)

## ORDER

Presently before the court is plaintiff P. Jeffrey Black's *pro se* motion for leave to file under seal exhibit 18. (Doc. #26). Defendant United States Department of Homeland Security has not opposed this motion.

Plaintiff asserts that "[e]xhibit 18 is a copy of an official and confidential [c]omplaint that was filed by the [p]laintiff in 2004." (Doc. #26). Plaintiff alleges that this exhibit may contain sensitive security information regarding activities by and information about the Transportation Security Administration and the Federal Air Marshal Service. (Doc. #26). Plaintiff further asserts that making this information public "may constitute an unwarranted invasion of privacy." (Doc. #26).

Plaintiff seeks to file exhibit 18 under seal as an attachment to his previously filed motion for summary judgment. (Doc. #24).

. . .

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff P. Jeffrey Black's *pro se* motion for leave to file under seal exhibit 18 (doc. #26) be, and the same hereby is, GRANTED.

DATED December 7, 2011.

_____
**UNITED STATES DISTRICT JUDGE**