# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| P. JEFFREY BLACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:10-cv-02040-JCM-VCF |
| v. | ) | |
| | ) | **MINUTE ORDER** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Dated:___January 7, 2013_____ |

PRESENT:_____THE HONORABLE CAM FERENBACH, United States Magistrate Judge_____

JUDICIAL ASSISTANT:_____Mai Tieu_____ RECORDER:_____None_____

COUNSEL FOR PLAINTIFF(S): _____None Appearing_____

COUNSEL FOR DEFENDANT(S): _____None Appearing_____

  Before the court is plaintiff P. Jeffrey Black's Motion for Leave to File Under SEAL the Second Sworn Affidavit of P. Jeffrey Black and Exhibits 27 and 28 In Support of Second Motion for Summary Judgment (#47). (#48). Defendant United State Department of Homeland Security filed a Non-Opposition. (#50).

  Plaintiff provided the court with courtesy copies of the motion for leave (#48), the second sworn affidavit, and Exhibits 27 and 28. Upon a review of the documents, the court noticed that plaintiff provided the court with his *original* file-stamped motion for leave (#48).

  IT IS HEREBY ORDERED that plaintiff P. Jeffrey Black's Motion for Leave to File Under SEAL the Second Sworn Affidavit of P. Jeffrey Black and Exhibits 27 and 28 In Support of Second Motion for Summary Judgment (#48) is GRANTED.

  IT IS FURTHER ORDERED that, on or before January 25, 2013, plaintiff may file under SEAL the Second Sworn Affidavit of P. Jeffrey Black and Exhibits 27 and 28 In Support of Second Motion for Summary Judgment (#47).

  IT IS FURTHER ORDERED that plaintiff may pick up his original file-stamped motion for leave (#48) from the undersigned's chambers.

**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**